**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**RICHMOND DIVISION**

**In re**

**Rawlins, Robert Edward**
**Rawlins, Sharon Ann**

**Case No. 01-62140-DOT**

**Chapter 7**

**Debtors.**

## REPORT OF DEPOSIT OF UNCLAIMED FUNDS

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of the Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

<u>Creditor's Name and Address</u>           <u>Amount of Dividend</u>
CitiBank                                     $700.08
4300 Westown Parkway
West Des Moines, IA 50266


Dated: October 14, 2009                     /s/ Keith L. Phillips
                                            Keith L. Phillips, Trustee
                                            311 South Boulevard, 2nd Floor
                                            Richmond, VA  23220
                                            Telephone:  (804) 358-9400


## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing <u>Report of Deposit of Unclaimed Funds</u> was electronically served or mailed to the Office of the United States Trustee at 701 East Broad Street, Suite 4304, Richmond, VA 23219 on <u>October 14, 2009</u>.

                                            /s/ Keith L. Phillips
                                            Keith L. Phillips, Trustee